IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN CARTER | : | CIVIL ACTION |
| v. | : | |
| JOE MAZURKIEWICZ, et al. | : | NO. 11-6693 |

AND NOW, this 7th day of March 2012, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and the Answer to Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (Doc. No. 6), after careful and independent review of the Report and Recommendation of the United States Magistrate Judge L. Felipe Restrepo (Doc. No. 9), and noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.